# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FOLORUNSHO ADEBAYO, an individual,

       Plaintiff,

    v.

MIZRAHI TEFAHOT BANK, LTD. USA, an Israeli corporation authorized to do business in California; and DOES 1- 10, inclusive,

      Defendants.

Case No.  2:25−cv−09995−MEMF (SSCx)

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER [ECF NO. # 17]

On March 6, 2026, the Parties filed the Proposed Stipulated Protective Order.

The Court, having considered the Parties' Proposed Stipulated Protective Order and finding good cause therefore, hereby GRANTS the Protective Order.

IT IS SO ORDERED.

DATED: <u>March 9</u>     , 2026     _____

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE